IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | )
|---|---|
| JANET M. MEIBURGER, | ) |
| *Trustee* | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 1:18-cv-417-AJT-MSN |
| | ) |
| R&S FLOOR DESIGN, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## **ORDER**

This matter is before the Court on the Report & Recommendation of the United States Bankruptcy Court for the Eastern District of Virginia [Doc. No. 2], recommending that the Plaintiff's Motion for Default Judgment against the Defendant be granted, and that a money judgment be entered for the Plaintiff in the amount of $11,456.33. The Bankruptcy Judge advised the parties that objections to the Report & Recommendation must be filed within fourteen days of service and that failure to object waives appellate review. No objections have been filed. Having conducted a *de novo* review of the evidence in this case, the Court adopts and incorporates the findings and recommendations of the United States Bankruptcy Court for the Eastern District of Virginia. Accordingly, it is hereby

ORDERED that the Report & Recommendation [Doc. No. 2] be, and the same hereby is, ADOPTED; and it is further

ORDERED that Plaintiff's Motion for Default Judgment be, and the same hereby is, GRANTED; and it is further

ORDERED that JUDGMENT be entered in favor of Plaintiff and against Defendant in the amount of $11,456.33 in principal. Interest on the principal amount of the Judgment will post-Judgment at the statutory rate pursuant to 28 U.S.C. § 1961.

The Clerk is directed to forward copies of this Order to all counsel of record and to mail a copy to *pro se* Defendant R&S Floor Design, Inc., and to enter judgment in favor of Plaintiff pursuant to Rule 9021, Fed. R. Bankr. P.

**This is a final order for purposes of appeal.** To appeal, Defendant must file a written Notice of Appeal with the Clerk of the Court within thirty (30) days of the date of this Order. A Notice of Appeal is a short statement stating a desire to appeal an order and identifying the date of the order Defendant wishes to appeal. Failure to file a timely Notice of Appeal waives Defendant's right to appeal this decision.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
June 8, 2018